IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | Case No. 5:06 CR 147 |
| ) | |
| ) | JUDGE CHRISTOPHER A. BOYKO |
| DESTRUCTION OF ITEMS ) | |
| USED BY ) | |
| ROBERT PETERSON ) | |
| TO COMMIT BANK ROBBERY AND ) | **ORDER TO DESTROY EVIDENCE** |
| OTHER CRIMES ) | |
| ) | |

IT IS HEREBY ORDERED for good cause shown by the United States of America, that the following items seized in connection with this case are to be turned over to the Federal Bureau of Investigation for destruction or other law enforcement use:

One (1) black/gray backpack containing a motorized saw, disc and an extension cord;

One (1) remote car door opener;

One (1) black nylon holster;

One (1) green colored UPS marker with saw;

One (1) lavender colored metal pipe;

One (1) black deputy sheriff shirt with badge and buttons;

One (1) makeshift gray deputy sheriff pants with black stripe on legs;

One (1) set of handcuffs with keys;

-2-

Various ball caps including a Sheriff's ball cap;

Several police patches;

One (1) red wig with a white filter mask;

One (1) steel crow bar;

One (1) leather gun belt with handcuff case and ammo pouch;

One (1) black nylon bag containing police light and power source;

One (1) red and blue police light with extra lenses;

One (1) clear bag containing police patches, car remote, and bottle of gun powder;

One (1) pair of black gloves;

One (1) box of black Hefty trash bags;

One (1) gray Biotech 12-speed bicycle;

One (1) Dremel rotary drill kit with accessories;

Two-way radios;

Rubber gloves;

One (1) box of trash bags;

One (1) gym bag;

One (1) sledge hammer head;

One (1) bag containing a wig, hat, and sunglasses;

One (1) Book of Maps;

Ohio license plate DAJ 5146;

Ohio license plate CQV 4419;

- 3 -

One (1) manual for a Walther PPK pistol;

Northeast Ohio map;

One(1) rear license plate holder with Ohio license tag AX63RT.

| | |
|---|---|
| October 17, 2007<br>_____<br>DATE | s/Christopher A. Boyko<br>_____<br>UNITED STATES DISTRICT JUDGE |